UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER,<br><br>    Petitioner,<br><br>vs.<br><br>D.K. SISTO,<br><br>    Warden, California State<br>    Prison-Solano, Respondent. | No. CIV S-10-0643 MCE-DAD (HC)<br><br>**ORDER GRANTING MOTION<br>FOR APPOINTMENT OF<br>COUNSEL FOR PETITIONER** |

For good cause shown by written motion for appointment of counsel for Petitioner JAMES ALEXANDER,

IT IS HEREBY ORDERED that the motion for appointment of counsel be GRANTED, and the Court appoints Michael Satris as counsel for Petitioner under 18 U.S.C. § 3006A(a)(2)(B). This order shall be entered nunc pro tunc as of June 11, 2010, the date of the filing of the motion. The due date for Petitioner's reply to the answer shall remain as scheduled.

DATED: June 17, 2010

                                            /s/ Dale A. Drozd
                                         Hon. Dale A. Drozd
                                         United States Magistrate Judge