IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ALEXANDER,

    Petitioner,          No. CIV S-10-0643 MCE DAD P

   vs.

D.K. SISTO, Warden,

    Respondent.        ORDER

_____/

        Petitioner has requested an extension of time up to, and including, August 25, 2010 to file a traverse. Good cause appearing, petitioner's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 20, 2010 request for an extension of time (Doc. No. 18) is granted; and

        2. Petitioner shall file a traverse on or before August 25, 2010.

DATED: July 21, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
alex0643.111(2)

1